IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Brown, Kevin L<br>Scott-Brown, Senetta R<br>Printed: 02/17/09 | Case Number: 07 B 16799<br>Judge: Goldgar, A. Benjamin<br>Filed: 9/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 6, 2009
Confirmed: November 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,880.00 |  |
| Secured: |  | 22,760.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,619.61 |
| Other Funds: |  | 0.00 |
| Totals: | 26,880.00 | 26,880.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 2,500.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Secured | 31,621.19 | 7,600.17 |
| 6. | Condor Capital Corp | Secured | 31,273.11 | 11,270.19 |
| 7. | Deutsche Bank National | Secured | 3,892.62 | 1,264.69 |
| 8. | Bank Of New York | Secured | 8,080.64 | 2,625.34 |
| 9. | Illinois Dept Of Healthcare And Family | Priority | 46,983.77 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 2,231.19 | 0.00 |
| 11. | Internal Revenue Service | Priority | 2,083.38 | 0.00 |
| 12. | Cavalry Portfolio Services | Unsecured | 96.43 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 909.31 | 0.00 |
| 14. | ER Solutions | Unsecured | 99.10 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 40.74 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 34.41 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 158.29 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 290.04 | 0.00 |
| 19. | Monterey Financial Services | Unsecured | 28.02 | 0.00 |
| 20. | Internal Revenue Service | Unsecured | 352.06 | 0.00 |
| 21. | Asset Acceptance | Unsecured | 210.22 | 0.00 |
| 22. | Wells Fargo Education Financial Services | Unsecured | 5,624.56 | 0.00 |
| 23. | Holly Cross Hospital | Unsecured | 140.12 | 0.00 |
| 24. | B-Real LLC | Unsecured | 14.50 | 0.00 |
| 25. | Illinois Student Assistance Commission | Unsecured | 5,660.61 | 0.00 |
| 26. | HSBC Auto Finance | Unsecured | 94.15 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Kevin L | Case Number: 07 B 16799 |
|---|---|---|
| | Scott-Brown, Senetta R | Judge: Goldgar, A. Benjamin |
| | Printed: 02/17/09 | Filed: 9/14/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Dept of Revenue | Unsecured | 50.05 | 0.00 |
| 28. | Deanna Williams | Priority | | No Claim Filed |
| 29. | Associated Creditor Exchange | Unsecured | | No Claim Filed |
| 30. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 31. | CB USA | Unsecured | | No Claim Filed |
| 32. | CCA | Unsecured | | No Claim Filed |
| 33. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 34. | Cca Services Corp | Unsecured | | No Claim Filed |
| 35. | Credit Management Co. | Unsecured | | No Claim Filed |
| 36. | Cellular One | Unsecured | | No Claim Filed |
| 37. | Premier Credit | Unsecured | | No Claim Filed |
| 38. | Cca Services Corp | Unsecured | | No Claim Filed |
| 39. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 40. | First Premier | Unsecured | | No Claim Filed |
| 41. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 42. | H&F Law | Unsecured | | No Claim Filed |
| 43. | Washington Mutual | Unsecured | | No Claim Filed |
| 44. | Medical Collections | Unsecured | | No Claim Filed |
| 45. | I C Systems Inc | Unsecured | | No Claim Filed |
| 46. | MGP Global Real Estate | Unsecured | | No Claim Filed |
| 47. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 48. | Payday Loan | Unsecured | | No Claim Filed |
| 49. | Tyrone Davis | Unsecured | | No Claim Filed |
| 50. | Professional Account Management | Unsecured | | No Claim Filed |
| 51. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 52. | Robert P Kollath | Unsecured | | No Claim Filed |
| | | | $ 142,468.51 | $ 25,260.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 643.97 |
| 6.5% | 739.04 |
| 6.6% | 236.60 |
| | $ 1,619.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

